# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| TERESA DENT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No.: |
| v. ) | 14-cv-01762-AKK |
| GC Services, LP ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF DISMISSAL

COMES NOW the Plaintiff, by and through her attorney, and Notifies this Court that the parties have settled this matter and to request that the case be *dismissed with prejudice*.

RESPECTFULLY SUBMITTED this the 4th Day of November, 2014

/s/ Judson E. Crump
Judson E. Crump [CRU021]
Attorney for Plaintiff

Judson E. Crump, PC
250 Congress Street
Mobile, AL 36603
251.272.9148
judson@judsonecrump.com